# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3275
L.T. Case No. 2016-303270-CFDB

———————————————

JEROME MCCRAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Jerome McCray, Daytona Beach, pro se.

John M. Guard, Acting Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney General,
Daytona Beach, for Appellee.


January 28, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____